TEXAS & N. O. R. CO. et al. v. MILLER et al. (No. 2105.)

Court of Civil Appeals of Texas. Texarkana. April 8, 1919. Rehearing Denied April 10, 1919.)

APPEAL AND ERROR ⬯1068(4) — REVIEW — HARMLESS ERROR—INSTRUCTION.

The giving of an instruction authorizing recovery of double damages was harmless, where it appears that the instruction did not cause the rendition of an improper or unjust verdict.

Appeal from Henderson County Court; J. A. McDonald, Judge.

Action by Jess Miller and another against the Texas & New Orleans Railroad Company and others. Judgment for plaintiffs, and defendants appeal. Affirmed.

W. R. Bishop, of Athens, and Baker, Botts, Parker & Garwood, of Houston, for appellants.
Miller & Miller, of Athens, for appellees.

HODGES, J. In this suit the appellees recovered a judgment against the appellants for the sum of $300 as damages for injuries to a shipment of cattle. The appellants complain that a portion of the charge of the court erroneously allowed the recovery of double damages. We are of the opinion that the charge was subject to the criticism. However, we have made a careful examination of the record, and have reached the

conclusion that the error complained of did not cause the rendition of an improper or an unjust verdict, and the judgment will be affirmed.